Oscar MARTINEZ, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 623, 2015

Supreme Court of Delaware.

Submitted: January 7, 2016
Decided: February 23, 2016

AFFIRMED.